U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 4 2014

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CARLTON TURNER                    DOCKET NO. 1:14-CV-975; SEC. P

VERSUS                            JUDGE STAGG

WARDEN DAVID WADE CORRECTIONAL    MAGISTRATE JUDGE KIRK
CENTER

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and In re: Epps, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding as provided by 28 U.S.C. §2244.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 4th day of August, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA